

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00314 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 26 U.S.C. § 5861(d) |
| CHRISTOPHER GREEN | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about March 12, 2022, the defendant,

**CHRISTOPHER GREEN,**

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Simultaneous possession of drugs and firearms, possession of a controlled substance, and possession of drug paraphernalia in Jefferson County, Arkansas, Circuit Court in Case Number 35CR-15-404-1;

2. Possession of a controlled substance and possession of drug paraphernalia in Jefferson County, Arkansas, Circuit Court in Case Number 35CR-16-324-1;

3. Possession of a weapon by a previous offender in El Paso County, Colorado, District Court in Case Number 2017CR5262; and

4. Unlawful possession of a schedule 2 controlled substance in El Paso County, Colorado, District Court in Case Number 2018CR1215.

B. On or about March 12, 2022, in the Eastern District of Arkansas, the defendant,

1

CHRISTOPHER GREEN,

knowingly possessed, in and affecting commerce, one or more rounds of .223 caliber ammunition with an "LC 15" marking on its headstamp, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about March 12, 2022, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER GREEN,

knowingly possessed a firearm, as that term is defined in Title 26, United States Code, Section 5845, that is: a short-barreled, AR-style rifle with a vertical foregrip, a collapsible stock, and no manufacturer markings, having a barrel or barrels of less than 16 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 or 2 of this Indictment, the defendant, CHRISTOPHER GREEN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 2 of this Indictment, the defendant, CHRISTOPHER GREEN, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]